AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

Wayne O'Keefe
59 Newhall Avenue
Saugus, MA 01906

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 5M-1075-JGD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about February 7, 2005 in Middlesex county, in the District of Massachusetts defendant(s) did, (Track Statutory Language of Offense)

by force, violence, and intimidation, take money belonging to and in the care, custody, control, management, and possession of a federally-insured bank.

in violation of Title 18 United States Code, Section(s) 2113(a)

I further state that I am a(n) Special Agent of the FBI and that this complaint is based on the following facts:
Official Title

See attached affidavit of April L. Haddock

Continued on the attached sheet and made a part hereof:  [ ] Yes  [ ] No

_____
Signature of Complainant
APRIL L. HADDOCK

Sworn to before me and subscribed in my presence,

Judith Gail Dein  3/16/05          at    Boston, Massachusetts
Date                                      City and State
JUDITH G. DEIN
UNITED STATES MAGISTRATE JUDGE

Name & Title of Judicial Officer                _____
                                                Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

**AFFIDAVIT**

I, April L. Haddock, being duly sworn, depose and state the following:

1. I am a Special Agent of the Federal Bureau of Investigation ("FBI") and have been so employed for about two years. I am currently assigned to the Boston, Massachusetts office and work on the Violent Crimes Task Force ("Task Force"), which is comprised of personnel from the FBI, the Massachusetts State Police, and the Cambridge, Malden and Boston police departments.

2. I am aware that Title 18, United States Code, Section 2113(a) makes it a crime for anyone to use force and violence, or intimidation, to take money belonging to or in the care, custody, control, management, or possession of any federally-insured bank. I make this affidavit in support of a criminal complaint charging Wayne O'Keefe with the February 7, 2005, robbery of the Citizens Bank, located within the Stop & Shop grocery store at 779 McGrath Highway, in Somerville, Massachusetts.

3. Through investigation, I am aware that this branch of Citizens Bank is insured with the Federal Deposit Insurance Corporation ("FDIC").

4. The facts stated in this affidavit are from my own personal involvement with this investigation, as well as from information provided to me by other law enforcement officers

involved in the investigation. In submitting this affidavit, I have not included each and every fact known to me about this investigation; rather, I am only stating sufficient facts necessary to establish the requisite probable cause.

5. As part of this investigation, a detective from the Cambridge Police Department, also assigned to the Task Force, a detective from the Somerville Police Department, and I interviewed employees of the bank who witnessed the robbery. These witnesses indicated that at about 10 a.m. on February 7, 2005, a white male approached the victim teller's counter. The man was wearing a dark overcoat, a black wool hat with a "B" on the front, a dark shirt, and dark framed eyeglasses with thick lenses. He approached the teller counter and mumbled something that was unintelligible to the teller. The man asked, "Do you have large bills?" The teller advised that the man then held up a piece of white paper that was folded in half and said "This is a robbery. I have a weapon, give me the money. Give me the hundreds and fifties."

6. The teller stated that he gave the robber a stack of hundreds and twenties. After taking the money, the robber demanded again, "Give me all the money; no dye pack, just large bills." The teller stated that he gave the robber a second stack of money, to include a dye pack. The robber took the money and the dye pack, left the bank area and then left the Stop & Shop.

The teller provided the robber with $2,437.00 in United States currency.

7. The Task Force detective also interviewed an individual employed by Stop & Shop. This employee said that on the morning of February 7, 2005, he was taking a cigarette break in the parking lot of the Stop & Shop when he observed a man run out of the store carrying a brown plastic bag. The employee witnessed the man go to and get in what appeared to be a new silver Mercedes. The employee further stated that when the man entered the driver's side of the car, the employee saw red smoke explode in the car. The employee advised that the car left the parking lot, turned right and headed in the direction of Interstate 93 south.

8. The Task Force detective and I met with the Somerville detectives at the scene and recovered the dye pack that the robber discarded within the parking lot, near to where the Mercedes was reported to be parked. Also found on the ground within a few feet of where the dye pack was recovered was a sticker often used by car dealerships. The sticker had writing on it, as follows: stock #BH21721A, Year 2002, Make Mercedes, Model C240, color sedan, VIN F144372, Nick.

9. The Task Force detective and I then interviewed an employee of the Herb Chambers Mercedes-Benz dealership, located nearby at 259 McGrath Highway, in Somerville, MA. The employee

3

researched the partial VIN F144372 listed on the sticker, and identified the specific vehicle as a silver Mercedes C240. The employee stated that the letter "BH" listed within the stock number on the sticker was the code for Herb Chambers Boston Honda.

10. The Task Force detective and I then visited the Herb Chambers Boston Honda dealership, where several employees advised that Boston Honda took ownership of the above listed Mercedes on January 30, 2005, when it was traded in by its previous owner. After searching the premises, employees were unable to locate the car. The Task Force detective, a dealership employee and I reviewed the surveillance recording and observed that at about 8:51 a.m. on February 7, 2005, this car was driven down the ramp from the rooftop parking area and left the dealership premises through the rear exit.

11. An employee of the Boston Honda dealership then filed a stolen vehicle report with the Boston Police Department. In addition, the employee notified the company that operates the locating device within the car, which is standard equipment in this model Mercedes, in order for them to activate the device.

12. Through the location device, at about 8:07 p.m. on February 7, 2005, the car was reported to be in Cambridge, Massachusetts. Cambridge police officers observed a car matching the description of the stolen car in a lot of a CVS on Wheeler [adjacent to JD 3/16/05]

4

Street, and ran a check on its license plate. The plate came back as stolen and registered to a 2004 Kia Sorento. The officers approached the occupied car. The driver attempted to back the car away from the officers but crashed into a shopping cart. A check of the VIN established that it was the Mercedes stolen from the Boston Honda dealership the morning of February 7, 2005.

13. The man operating the vehicle when it was stopped was Wayne O'Keefe. O'Keefe was placed under arrest for larceny of a motor vehicle, receiving stolen property, and operating a motor vehicle after suspension, and taken to the Cambridge Police Department.

14. Cambridge Police Officers booked O'Keefe on the charges and seized items of his clothing and numerous other personal items. I examined O'Keefe's clothing and observed a red stain, possibly from a dye pack, on the front left thigh area of his jeans.

15. O'Keefe was interviewed at the Cambridge Police Department by the Cambridge detective assigned to the Task Force, a detective from the Somerville Police Department and myself. The two detectives advised O'Keefe of his Miranda rights, after which O'Keefe signed a written waiver of those rights and agreed to be interviewed.

16. O'Keefe said he spent the night at a friend's house in

Mission Hill and the next morning went to the Herb Chambers Boston Honda dealership, walked up the ramp to where the cars are kept and found a Mercedes with the keys in the ignition. He drove the car down the ramp and off the dealership premises using the rear exit because the rear exit was most convenient. O'Keefe said he stopped at a parked car on the way out of the dealership and used a coin to remove a license plate from that car, which he attached to the Mercedes. O'Keefe said he then drove to the Citizens Bank, located within the Stop & Shop grocery store, via Storrow Drive and then McGrath Highway. O'Keefe said he parked the Mercedes in front of the building and entered the Stop & Shop. O'Keefe walked around the store for a few minutes and then approached the bank, where there was one other customer in line. O'Keefe said that when he approached the teller counter, he held up a hand-written note indicating a robbery. O'Keefe stated that he remembered having written on the note, "Large bills, no dye packs." O'Keefe advised that he ordered the teller to give him the money and when the teller complied, O'Keefe fled the store and entered the Mercedes. O'Keefe stated that something "blew up" inside the plastic Stop & Shop bag holding the money and that smoke was coming out of the bag. O'Keefe said he opened the driver's side window and threw the money out of the car. O'Keefe said he left the parking lot and drove onto Interstate 93 south. He then returned to Mission Hill to "get high."

17. Based on the forgoing, I have probable cause to believe that on February 7, 2005, Wayne O'Keefe, by force and violence, or by intimidation, took from the person and presence of employees of Citizens Bank, money belonging to and in the custody, control, management, and possession of Citizens Bank, a federally insured financial institution, in violation of Title 18, United States Code, Section 2113(a).

I hereby certify that the foregoing is true and correct.

_____
April L. Haddock, Special Agent
Federal Bureau of Investigation


Subscribed and sworn to before me this 16th day of March, 2005

_____
JUDITH G. DEIN
UNITED STATES MAGISTRATE JUDGE

7

## Criminal Case Cover Sheet      U.S. District Court - District of Massachusetts

**Place of Offense:** Citizens Bank    **Category No.** II    **Investigating Agency** FBI

**City** Somerville

**County** Middlesex

**Related Case Information:**
Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

### Defendant Information:

**Defendant Name** Wayne O'Keefe    **Juvenile** ☐ Yes ☒ No

**Alias Name** David Silverman, James M. O'Keefe

**Address** 59 Newhall Avenue, #108, Saugus, MA 01906

**Birth date (Year only):** 1963   **SSN (last 4 #):** 9731   **Sex** M   **Race:** caucasian   **Nationality:** U.S.

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

### U.S. Attorney Information:

**AUSA** Sandra S. Bower    **Bar Number if applicable** 0787700 (Florida)

**Interpreter:** ☐ Yes ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes ☒ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☒ Already in State Custody _____ ☐ Serving Sentence ☒ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:** ☒ Complaint ☐ Information ☐ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 3-16-05    **Signature of AUSA:** Sandra S. Bower

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   WAYNE O'KEEFE

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 USC 2113(a) | bank robbery | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**