UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CRIMINAL NO. 05M-1075-JGD |
| ) | |
| WAYNE O'KEEFE ) | |

### NOTICE OF APPEARANCE

The United States of America gives notice that the undersigned Assistant U.S. Attorney, who is admitted to practice in this Court, is appearing on behalf of the United States of America in the above-referenced case.

                        Respectfully submitted,

                        MICHAEL J. SULLIVAN
                        United States Attorney

By:    /s/ Sabita Singh
          SABITA SINGH
          Assistant U.S. Attorney
          1 Courthouse Way, Suite 9200
          Boston, MA  02210
          Ph (617) 748-3686
          Fx (617) 748-3954
          sabita.singh@usdoj.gov

### CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 6, 2006.

                        /s/ Sabita Singh
                        SABITA SINGH