**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| | ) | |
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CRIMINAL NO. 05M-1075-JGD** |
| | ) | |
| **WAYNE O'KEEFE** | ) | |

## NOTICE OF WITHDRAWAL

_____Now comes the undersigned Assistant United States Attorney and hereby gives notice of her withdrawal as counsel for the United States of America in the captioned matter.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney


                    By:  _/s/: Sandra S. Bower_____
                              SANDRA S. BOWER
                              Assistant U.S. Attorney
                              (617) 748-3184


Dated: March 6, 2006


## CERTIFICATE OF SERVICE

_____I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 6, 2006.



                              _/s/: Sandra S. Bower_____
                              SANDRA S. BOWER
                              Assistant U.S. Attorney