UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-MJ-01075-JGD |
| | ) | |
| WAYNE O'KEEFE | ) | |

**JOINT MOTION FOR CONTINUANCE OF PRELIMINARY EXAMINATION**

The parties respectfully move for a continuance of the Preliminary Examination from March 14, 2006 to March 31, 2006. In support of the motion, the parties state that the additional time will enable them to consider a resolution of this matter short of indictment.

| | |
|---|---|
| WAYNE O'KEEFE | MICHAEL J. SULLIVAN<br>UNITED STATES ATTORNEY |
| | |
| By:   /s/ Walter H. Underhill<br>WALTER H. UNDERHILL<br>Law Offices of Walter H. Underhill<br>66 Long Wharf, 4th Floor<br>Boston, MA 02110<br>Ph (617) 523-5858<br>Fx (617) 523-7834<br>punderhill@comcast.net | By:   /s/ Sabita Singh<br>SABITA SINGH<br>Assistant United States Attorney<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>Ph (617) 748-8636<br>Fx (617) 748-3954<br>sabita.singh@usdoj.gov |

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 10, 2006.

                                                /s/ Sabita Singh
                                                SABITA SINGH