UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Magistrate No.
05M-1075-JGD

UNITED STATES OF AMERICA

v.

WAYNE O'KEEFE

## ORDER

March 13, 2006

DEIN, M.J.

To the extent that the parties, by way of their Joint Motion for Continuance of Preliminary Examination (Docket No. 8), seek to continue the date for that preliminary examination, the motion is allowed, and the preliminary examination - if necessary - shall be held on Friday, March 31, 2006, at 10:00 A.M.

To the extent, however, that the parties, by way of that joint motion, seek excludable time under the Speedy Trial Act, this court does not have the authority to grant the relief requested, and that matter – relating to the period of time within which an indictment must be brought – must be brought to the miscellaneous business docket.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge